UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTES

| Case Title : | Larry Lee McCain and Dinah Gay McCain | Case No : | 10−38663 − B − 13J |
| --- | --- | --- | --- |
| | | Date : | 9/21/10 |
| | | Time : | 09:32 |
| Matter : | [14] − Motion/Application to Value Collateral of GMAC Mortgage [NUU−1] Filed by Joint Debtor Dinah Gay McCain, Debtor Larry Lee McCain Jr. (dhes) | | UNOPPOSED |
| Judge : | Thomas Holman | | |
| Courtroom Deputy : | Sheryl Arnold | | |
| Reporter : | Diamond Reporters | | |
| Department : | B | | |

APPEARANCES for :
Movant(s) :
Respondent(s) :

Disposition Without Oral Argument: This motion is unopposed. Due to the number of matters on this morning's three related calendars (306 matters), the court issues the following abbreviated ruling.

The motion to value collateral pursuant to Fed. R. Bankr. P. 3012 and 11 U.S.C. § 506(a), is granted. $0.00 of GMAC Mortgage's ("GMAC") claim secured by the second deed of trust on real property located at 8623 Disa Alpine Way, Elk Grove, California ("Property") is a secured claim, and the balance of its claim is an unsecured claim.

In the absence of opposition, for the purposes of this motion, the Property had a value of $320,000.00 on the date of the petition. The Property is encumbered by a first deed of trust held by GMAC with a balance of approximately $429,891.00. Thus, the value of the collateral available to GMAC on its second deed of trust is $0.00.

The court will issue a minute order.